# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN E ORTIZ                            §
         DEBORAH F ORTIZ                         §   Case No.: 06-00501
                                                 §
                                                 §
                                                 §
         Debtor(s)                               §
---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2006.

2) This case was confirmed on 03/08/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/10/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/21/2009, 05/24/2010, 10/27/2010.

5) The case was converted on 12/21/2010.

6) Number of months from filing to the last payment: 52

7) Number of months case was pending: 60

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   37,600.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 26,001.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 26,001.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,000.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,687.98 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,687.98 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOUSEHOLD BANK | SECURED | NA | 37,913.94 | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC | SECURED | NA | 255,605.35 | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC | SECURED | NA | 9,414.00 | .00 | .00 | .00 |
| NUVELL CREDIT/BAR NO | SECURED | 6,650.00 | 16,554.87 | 16,554.87 | 16,554.87 | 4,878.64 |
| NUVELL CREDIT/BAR NO | UNSECURED | 9,202.00 | NA | NA | .00 | .00 |
| ALL PAYDAY LOANS | UNSECURED | 411.00 | 249.83 | 249.83 | 42.39 | .00 |
| AAA CHECKMATE | UNSECURED | 792.00 | 577.84 | 577.84 | 98.06 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 157.00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 371.00 | 371.11 | 371.11 | 62.98 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 500.00 | 279.72 | 279.72 | 47.47 | .00 |
| ARONSON FURNITURE | UNSECURED | NA | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NA | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NA | NA | NA | .00 | .00 |
| CERTY PAYMENT RECOVE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITI AUTO | UNSECURED | NA | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | UNSECURED | NA | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL HO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | NA | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| LUTHERAN GENERAL HOS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MEDICAL SERVICE | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 375.00 | 609.16 | 609.16 | 103.38 | .00 |
| NATIONWIDE COMMERCIA | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 367.00 | NA | NA | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| SAFEWAY INC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,265.00 | 2,288.83 | 2,288.83 | 388.45 | .00 |
| SALLIE MAE LSCF | UNSECURED | NA | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| BUREAUS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| UNITED CREDIT SERVIC | UNSECURED | 201.00 | NA | NA | .00 | .00 |
| VILLAGE OF ELMWOOD P | UNSECURED | 248.00 | 304.43 | 304.43 | 23.58 | .00 |
| WEST SUBURBAN MULTI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | SECURED | NA | 960.20 | .00 | .00 | .00 |
| DRIVE FINANCIAL SVCS | SECURED | NA | 14,982.32 | .00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 666.98 | 666.98 | 113.20 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 16,554.87 | 16,554.87 | 4,878.64 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,554.87 | 16,554.87 | 4,878.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,347.90 | 879.51 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,687.98 |
| Disbursements to Creditors | $ | 22,313.02 |
| **TOTAL DISBURSEMENTS:** | $ | 26,001.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   01/12/2011                                         /s/ Tom Vaughn
                                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**